**ANTHONY P. CAPOZZI, CSBN 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Plaintiff,
PETE E. KENNEDY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \*

| | |
|---|---|
| PETE E. KENNEDY,<br><br>    Plaintiff,<br><br>  v.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, GEORGE RASCON, ADDISON LEE, and DOES 1 – 25, inclusive,<br>    Defendants. | Case No.: 1:15-CV-01575-SMS<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION HEARING** |

    Plaintiff, Pete E. Kennedy by and through his counsel of record, Anthony P. Capozzi, and Defendants, by and through their counsel of record, William Hsu, hereby stipulate as follows:

    1.    By previous order, a motion hearing was set for November 25, 2015, at 11:00 a.m.

    2.    By this stipulation, Plaintiff now moves to continue the motion hearing for the Defendants Motion to Dismiss until December 16, 2015, at 11:00 a.m.

///

///

///

///

IT IS SO STIPULATED.

Respectfully submitted,

Date:     November 18, 2015          By:   */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Plaintiff, PETE E. KENNEDY

Date:     November 18, 2015          By:   */s/William C. Hsu*
WILLIAM C. HSU
Attorney for Defendants, THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, GEORGE RASCON, AND ADDISON LEE

## **ORDER**

**IT IS SO ORDERED** that the Motion hearing currently scheduled for November 25, 2015, at 11:00 a.m. is continued to December 16, 2015, at 11:00 a.m.

IT IS SO ORDERED.

Dated:   **November 18, 2015**           **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE