1

2 **ANTHONY P. CAPOZZI, CSBN 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
3 FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
4 FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
5 www.capozzilawoffices.com

6 ATTORNEY FOR Plaintiff,
PETE E. KENNEDY
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10
                              * * * * * *
11 PETE E. KENNEDY,                     |   Case No.: 1:15-CV-01575-SMS

12                      Plaintiff,

13        v.                               **STIPULATION AND ORDER TO**
                                           **CONTINUE MOTION HEARING**
14
THE BOARD OF TRUSTEES OF THE
15 CALIFORNIA STATE UNIVERSITY,
GEORGE RASCON, ADDISON LEE, and
16 DOES 1 – 25, inclusive,
                      Defendants.
17

18        Plaintiff, Pete E. Kennedy by and through his counsel of record, Anthony P. Capozzi,

19 and Defendants, by and through their counsel of record, William Hsu, hereby stipulate as

20 follows:

21        1.      By previous order, a motion hearing was set for December 16, 2015, at 11:00

22 a.m.

23        2.      By this stipulation, Plaintiff now moves to continue the motion hearing for the

24 Defendants Motion to Dismiss until February 10, 2016, at 11:00 a.m.

25        3.      By this stipulation, Plaintiff agrees to file his Response to Defendants Motion

26 to Dismiss no later than January 27, 2016.

27 ///

28 ///

1  IT IS SO STIPULATED.

2                                                  Respectfully submitted,

3  Date:        December 9, 2015          By:  */s/Anthony P. Capozzi*
                                               ANTHONY P. CAPOZZI
4                                              Attorney for Plaintiff, PETE E. KENNEDY

5

6

7  Date:        December 9, 2015          By:  */s/William C. Hsu*
                                               WILLIAM C. HSU
8                                              Attorney for Defendants, THE BOARD OF
                                               TRUSTEES OF THE CALIFORNIA STATE
9                                              UNIVERSITY, GEORGE RASCON, AND
                                               ADDISON LEE
10

11

12                              **ORDER**

13        **IT IS SO ORDERED** that the Motion hearing currently scheduled for December 16,

14  2015, at 11:00 a.m. is continued to February 10, 2016, at 11:00 a.m. with Plaintiff's Response

15  being due no later than January 27, 2016.

16        IT IS SO ORDERED.

17

18  Date:        12/9/2015                 By:  */s/ SANDRA M. SNYDER*
                                               UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

                                     2
                     STIPULATION TO CONTINUE HEARING
                       CASE NO.: 1:15-CV-01575-SMS